RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JAWARA GRIFFIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jawara_Griffin@fd.org

Attorney for Kenneth Wayne Cureton

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>KENNETH WAYNE CURETON,<br><br>  Defendant. | Case No. 2:20-cr-00203-KJD-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Second Request) |

   IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jawara Griffin, Assistant Federal Public Defender, counsel for Kenneth Wayne Cureton, that the Sentencing Hearing currently scheduled on November 29, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

   This Stipulation is entered into for the following reasons:

   1.   Defense Counsel has not been afforded adequate time to meet with Mr. Cureton.

   2.   The defendant is in custody and agrees with the need for the continuance.

   3.   The parties agree to the continuance.

   This is the second request for a continuance of the sentencing hearing.

1  DATED this 17th day of November, 2022.

3  RENE L. VALLADARES                     JASON M. FRIERSON
   Federal Public Defender                 United States Attorney

   By */s/ Jawara Griffin*                 By */s/ Robert Knief*
   JAWARA GRIFFIN                          ROBERT KNIEF
   Assistant Federal Public Defender       Assistant United States Attorney

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KENNETH WAYNE CURETON,<br><br>　　　　Defendant. | Case No. 2:20-cr-00203-KJD-NJK<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Tuesday, November 29, 2022 at 10:30 a.m., be vacated and continued to 1/18/2023 at the hour of 10:00 a.m.; or to a time and date convenient to the court in courtroom 4A.

   DATED this 21st day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE

3